JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARYOL DERRICK RICHMOND, | ) | NO. CV 19-8163-JGB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHRISTIAN PFEIFFER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed without prejudice.

DATED: May 15, 2020.

/s/ Jesus G. Bernal
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE